**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
EASTERN DIVISION**

JERRY SIMS                                                                                          PETITIONER

VS.                             CASE NO. 2:05CV00335 JLH

LINDA SANDERS, Warden,
FCI, Forrest City, Arkansas                                                                RESPONDENT

**ORDER**

The Court has received proposed findings and recommendations from United States Magistrate Judge Henry L. Jones, Jr.  There have been no objections.  After careful review, the Court concludes that the findings and recommendations should be, and are hereby, approved and adopted as this Court's findings in all respects in their entirety.  Judgment shall be entered accordingly.

SO ORDERED this 8th day of March, 2006.

_____
UNITED STATES DISTRICT JUDGE